No. 109. THOMAS ET UX. *v.* PATTERSON, DISTRICT DIRECTOR OF INTERNAL REVENUE, 368 U. S. 837. The motion for leave to file petition for rehearing is denied. MR. JUSTICE WHITE took no part in the consideration or decision of this application.